JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:22-cv-07216-ODW (Ex) | Date | November 14, 2022 |
|---|---|---|---|
| Title | *Kevin Dunigan v. Raybon C. Johnson et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On September 28, 2022, Plaintiff filed a Complaint without paying the applicable filing fee. (Compl., ECF No. 1; Notice re: Discrepancies, EECF No. 6.) On October 4, 2022, the Court issued a Notice re: Discrepancies, warning Plaintiff that the action would be dismissed if Plaintiff did not either file a Request to Proceed without Prepayment of Filing Fees, or pay the filing fee, within thirty days of October 4, 2022.

As of today's date, Plaintiff has not paid the filing fee, nor has Plaintiff filed a Request to Proceed without Prepayment of Filing Fees.  Accordingly, the action is **DISMISSED**.  All pending motions are **DENIED AS MOOT**, and any remaining dates and deadlines are **VACATED**.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |